ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (08)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

DEC 1 9 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MARIA D. BARNES,   (01),<br><br>         Defendant. | CR. NO. 05-00367-01 DAE<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO COMPEL DISCOVERY;<br>CERTIFICATE OF SERVICE |

ORDER DENYING DEFENDANT'S
MOTION TO COMPEL DISCOVERY

On December 16, 2005, this Court heard argument on defendant Barnes' motion to compel discovery.  At the conclusion of the hearing this Court made certain oral findings.  Those findings are incorporated by reference here.

Upon consideration of the arguments of counsel and the filings and pleadings in this case, the Court finds that the United States has complied with its discovery obligations under

Rule 16 of the Federal Rules of Criminal Procedure and that the United States' refusal to turn over additional materials at this time is not made in bad faith. Accordingly, the defendant's motion to compel discovery is DENIED.

SO ORDERED this 19th day of December 2005, at Honolulu, Hawaii.

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE


United States v. Maria D. Barnes
Cr. No. 05-00367-01 DAE
Order Denying Defendant's Motion to
Compel Discovery

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person(s):

    Mr. Arthur E. Ross
    Attorney at Law
    126 Queen St., Suite 210    **MAILED**
    Honolulu, HI 96813

    Counsel for defendant
    Maria D. Barnes

DATED: December 19, 2005, at Honolulu, Hawaii.

_[signature]_