EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' RESPONSE TO |
| vs. | ) | DEFENDANT'S MOTION TO COMPEL |
| | ) | DISCLOSURE OF INFORMATION |
| | ) | REGARDING CONFIDENTIAL |
| MARIA D. BARNES,       (01), | ) | INFORMANTS AND DISCLOSURE OF |
| | ) | INFORMANT FILES |
| | ) | |
| Defendant. | ) | Date: January 5, 2006 |
| _____ | ) | Time: 10:00 a.m. |
| | | Judge: Leslie E. Kobayashi |

UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO COMPEL DISCLOSURE OF INFORMATION REGARDING
CONFIDENTIAL INFORMANTS AND DISCLOSURE OF INFORMANT FILES

The defense seeks information regarding "Informant Orlando Barquie, Robert Cruz and Sanford Jacobson."  The defense claims that they are "percipient witnesses" and "played a significant role in entrapping the Defendant."  The defense seeks "information regarding the informants" as well as "Brady material in their files."

The United States is unaware of any material discoverable under Brady v. Maryland.

The United States agrees to provide Giglio material on the Friday prior to trial.  To clarify, the United States would note that co-defendant Sanford Jacobson is a fugitive and Orlando Barquie is a Special Agent with the Criminal Investigation Division of the Internal Revenue Service, who was acting in an undercover capacity.  Any plea agreement with co-defendant Robert Cruz will be provided as Giglio material.

All tape recorded conversations between defendant and Mr. Cruz and Mr. Jacobson and undercover agent Barquie have already been provided.  The United States did receive information concerning the charged offenses from David Hernandez and the United States agrees to provide Giglio information concerning Mr. Hernandez on the Friday before trial.  Mr. Hernandez did not participate in recorded calls with the defendant and did not provide information to the United States concerning defendant's involvement with Mr. Jacobson until after the defendant's activities with Mr. Jacobson had already taken place.  The defendant can make no entrapment argument concerning Mr. Hernandez since he was not a government informant when he dealt with the defendant.

CONCLUSION

The United States submits that the defendant's motion should be denied.

DATED:  January 4, 2006, at Honolulu, Hawaii.

>                         Respectfully submitted,
>
>                         EDWARD H. KUBO, JR.
>                         United States Attorney
>                         District of Hawaii
>
>                              /s/ Thoas Muehleck
>                         By_____
>                           THOMAS MUEHLECK
>                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    ARTHUR E. ROSS
    Attorney at Law
    126 Queen St., Suite 210
    Honolulu, HI 96813

    Counsel for defendant
    MARIA D. BARNES

                                              /s/ Patricia Redondo
                                         _____