# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CR NO. 05-00367DAE

**CASE NAME:**      USA vs. (01) MARIA D. BARNES

**ATTYS FOR PLA:**    Thomas Muehleck

**ATTYS FOR DEFT:**    (01) Arthur E. Ross

**INTERPRETER:**

---

JUDGE:    Leslie E. Kobayashi     REPORTER:    FTR-Courtroom 7

DATE:    1/5/2006       TIME:      10:14-10:29

---

COURT ACTION:  EP: Motion to Compel Disclosure of Information Regarding Confidential Informants and Disclosure of Informant Files as to Defendant (01) Maria D. Barnes - Defendant not present, presence waived.

Arguments heard.  Motion Granted in part and Denied in part. Court to produce Order.

Submitted by: Warren N. Nakamura, Courtroom Manager