# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00367DAE

CASE NAME:        USA vs. (01) MARIA D. BARNES

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    1/6/2006        TIME:

---

COURT ACTION:   EO: Court Order Granting in Part and Denying in Part Defendant's Motion to Compel Disclosure of Information Regarding Confidential Informants and Disclosure of Informant Files as to Defendant (01) Maria D. Barnes -

Motion is Granted to the extent that counsel for USA is to locate, preserve and review any files and or notes of Agent Orlando Barquei related to the instant offenses, and to file a declaration regarding his review of Agent Barquei's files and notes, and whether any Brady material is contained therein.  In all other respects the Motion is Denied.

Submitted by: Warren N. Nakamura, Courtroom Manager