# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00367DAE |
| CASE NAME: | USA vs. (01) MARIA D. BARNES<br>USA vs. (02) GEORGE CALLENDER<br>USA vs. (03) ROBERT CRUZ |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (01) Arthur Ross<br>(02) Michael Park<br>(03) Richard D. Gronna |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/23/2006 | TIME: | 10:30-10:35 |

COURT ACTION:  EP: Final Pretrial Conference - Atty Michael Park not present, Motion for Withdrawal of Not Guilty Plea and to Plead Anew to be scheduled as to Defendant (02) George Callender.

Defendant (01) Maria D. Barnes and (03) Robert Cruz not present.  Presence waived.

Defendant (01) Maria D. Barnes' Oral Motion to Continue Trial Granted. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 5/16/06, DAE.
Final Pretrial Conference is continued to 10:00 4/24/06, LEK.
Defendant's Motions due 4/3/06.
Government's Response due 4/17/06.

Time excluded from 2/14/06 thru 5/16/06 from the requirements of the Speedy Trial Act.  Govt to prepare Order.

Submitted by: Warren N. Nakamura, Courtroom Manager

Case 1:05-cr-00367-DAE    Document 38    Filed 01/23/2006    Page 2 of 2