EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' FILING |
| vs. | ) | REGARDING REVIEW OF SPECIAL |
| | ) | AGENT BARQUIE'S FILE FOR |
| | ) | BRADY MATERIAL |
| MARIA D. BARNES,         (01), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

UNITED STATES' FILING REGARDING
REVIEW OF SPECIAL AGENT BARQUIE'S
FILE FOR BRADY MATERIAL

      The undersigned Assistant United States Attorney has reviewed the copied file of Agent Orlando Barquie provided by the Criminal Investigation Division of the Internal Revenue Service, Honolulu office.  There is no exculpatory evidence in the file

that could be classified as material discoverable under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

      DATED:  January 26, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By <u>/s/Thomas Muehleck</u>
                                  THOMAS MUEHLECK
                                  Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

    Mr. Arthur E. Ross                      January 26, 2006
    Attorney at Law
    126 Queen St., Suite 210
    Honolulu, HI 96813

                                        /s/Rowena N. Kang