ARTHUR E. ROSS  #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Attorney for Defendant
MARIA D. BARNES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at 3 o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; |
| | ) | DEFENDANT'S MOTION TO |
| vs. | ) | COMPEL DISCLOSURE OF |
| | ) | INFORMATION REGARDING |
| MARIA D. BARNES, (01) | ) | COOPERATING DEFENDANTS |
| GEORGE CALLENDER, (02) | ) | DAVID ESPINAL, SANFORD |
| ROBERT CRUZ and (03) | ) | JACOBSON, ROBERT CRUZ, |
| SANFORD JACOBSON, (04) | ) | GEORGE CALLENDER AND |
| | ) | DISCLOSURE OF INFORMATION |
| Defendants. | ) | FILES; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | Judge: Kevin S. C. Chang |
| | ) | Date: _____ |
| | ) | Time: _____ |

NOTICE OF MOTION

TO:

1

THOMAS C. MUEHLECK
Assistant United States Attorney
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm 6100
Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Judge Kevin S. C. Chang in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, 2006 at _____ or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, February 10, 2006.

                                                  /s/ Arthur E. Ross
                                                ARTHUR E. ROSS
                                                Attorney for Defendant
                                                MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                             )<br>                    Plaintiff,                    )<br>                                                             )<br>             vs.                                          )<br>                                                             )<br>MARIA D. BARNES,            (01) )<br>GEORGE CALLENDER,      (02) )<br>ROBERT CRUZ and             (03) )<br>SANFORD JACOBSON,     (04) )<br>                                                             )<br>                    Defendants.              )<br>_____ ) | CR. NO. 05-00367 DAE<br><br>DEFENDANT'S MOTION TO<br>COMPEL DISCLOSURE OF<br>INFORMATION REGARDING<br>COOPERATING DEFENDANTS<br>DAVID ESPINAL, SANFORD<br>JACOBSON, ROBERT CRUZ,<br>GEORGE CALLENDER AND<br>DISCLOSURE OF INFORMANT<br>FILES |

<u>DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF
INFORMATION REGARDING COOPERATING DEFENDANTS DAVID
ESPINAL, SANFORD JACOBSON, ROBERT CRUZ, AND GEORGE
CALLENDER AND DISCLOSURE OF INFORMANT FILES</u>

Defendant Maria D. Barnes, by and through her attorney undersigned moves the court for an order to compel disclosure of information regarding cooperating defendants David Espinal, Sanford Jacobson, Robert Cruz and George Callender, as well as the governments's technical compliance with the requirements of the Omnibus Crime Control and Safe Streets Act of 1968, including the court order authorizing electronic surveillance and supporting affidavits, their arrest and conviction records and any and all information detailing

3

the extent of their involvement and/or cooperation in the investigation of this or any other case, any cooperating conduct agreement outlining the type of cooperation expected from them, any record of payment or promise made to them. The rules that the cooperating defendant must follow while working with law enforcement, and any debriefing reports or statements obtained from them.

This motion is brought pursuant to Rules 12, 16(a) (1) and 47 of the Federal Rules of Criminal Procedure. The information is necessary to prove entrapment as a defense and the defendant has been denied due process and her Sixth Amendment right to confront her accusers because of the government's failure to provide access to information regarding David Espinal and the cooperating defendants.

This motion is supported by the attached declaration of counsel.

DATED: Honolulu, Hawaii, February 10, 2006.

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES