ARTHUR E. ROSS #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at 10 o'clock and 26 min. A M
SUE BEITIA, CLERK

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | AMENDED DEFENDANT'S |
| | ) | MOTION TO COMPEL DISCLOSURE |
| vs. | ) | OF INFORMATION REGARDING |
| | ) | COOPERATING WITNESS DAVID |
| MARIA D. BARNES, (01) | ) | ESPINAL AND COOPERATING |
| GEORGE CALLENDER, (02) | ) | DEFENDANTS SANFORD |
| ROBERT CRUZ and (03) | ) | JACOBSON, ROBERT CRUZ, |
| SANFORD JACOBSON, (04) | ) | GEORGE CALLENDER AND |
| | ) | DISCLOSURE OF INFORMATION |
| Defendants. | ) | FILES; CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| | ) | |
| | ) | Judge: Kevin S. C. Chang |
| | ) | Date: February 16, 2006 |
| | ) | Time: 10:15 a.m. |
| _____ | ) | |

AMENDED DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF
INFORMATION REGARDING COOPERATING WITNESS DAVID ESPINAL
AND COOPERATING DEFENDANTS SANFORD JACOBSON,
ROBERT CRUZ, AND GEORGE CALLENDER AND DISCLOSURE
OF INFORMANT FILES

1

Defendant Maria D. Barnes, by and through her attorney undersigned moves the court for an order to compel disclosure of information regarding cooperating witness David Espinal and cooperating defendants Sanford Jacobson, Robert Cruz and George Callender, as well as the governments's technical compliance with the requirements of the Omnibus Crime Control and Safe Streets Act of 1968, including the court order authorizing electronic surveillance and supporting affidavits, their arrest and conviction records and any and all information detailing the extent of their involvement and/or cooperation in the investigation of this or any other case, any cooperating conduct agreement outlining the type of cooperation expected from them, any record of payment or promise made to them; the rules that the cooperating defendant must follow while working with law enforcement, and any debriefing reports or statements obtained from them.

This motion is brought pursuant to Rules 12, 16(a) (1) and 47 of the Federal Rules of Criminal Procedure. The information is necessary to prove entrapment as a defense and the defendant has been denied due process and her Sixth Amendment right to confront her accusers because of the government's failure to provide access to information regarding cooperating witness David Espinal and the cooperating defendants.

This motion is supported  by the attached declaration of counsel.


DATED: Honolulu, Hawaii, February 15, 2006.

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties by personal service at the following addresses as set forth below:

THOMAS MUEHLECK, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, February 15, 2006.

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

4