# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00367DAE

CASE NAME:         USA v. (01) Maria D. Barnes

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (01) Arthur Ross

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    2/16/2006                   TIME:       10:20-10:41:13am

COURT ACTION:  EP:
1.  Defendant's Motion to Compel Disclosure of Information Regarding Cooperating Defendants David Espinal, Sanford Jacobson, Robert Cruz, George Callender and Disclosure of Information Files as to Defendant (01) Maria D. Barnes
2.  Amended Defendant's Motion to Compel Disclosure of Information Regarding Cooperating Witness David Espinal and Cooperating Defendants Sanford Jacobson, Robert Cruz, George Callender and Disclosure of Information Files as to Defendant (01) Maria D. Barnes

Defendant's presence waived.

Motions denied without prejudice.   Government to prepare the orders.

Submitted by: Shari Afuso, Courtroom Manager