EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (08)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367-01 DAE |
| | ) |
| Plaintiff, | ) ORDER DENYING DEFENDANT'S |
| | ) MOTION TO COMPEL DISCLOSURE OF |
| vs. | ) INFORMATION REGARDING COOPERATING |
| | ) WITNESS ESPINAL AND COOPERATING |
| MARIA D. BARNES,    (01), | ) DEFENDANTS JACOBSON, CRUZ AND |
| | ) CALLENDER AND DISCLOSURE OF |
| Defendant. | ) INFORMATION FILES |
| _____ | ) |

ORDER DENYING DEFENDANT'S MOTION TO COMPEL
DISCLOSURE OF INFORMATION REGARDING COOPERATING
WITNESS ESPINAL AND COOPERATING DEFENDANTS
JACOBSON, CRUZ AND CALLENDER AND
DISCLOSURE OF INFORMATION FILES

On February 16, 2006, this Court heard argument on Defendant's motion to compel disclosure of information.  During the hearing this Court made certain oral findings.  Those findings are incorporated by reference here.

Upon consideration of the arguments of counsel and the filings and pleadings in this case, the Court finds that the

United States has complied with its discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure.  The United States has agreed to provide <u>Giglio</u> material on the Friday before trial.  The Court also finds that some <u>Giglio</u> material as to some government witnesses, that is, memoranda of plea agreements, is now available or will soon be available as public record.  The Court further finds that the Defendant has not established a basis for the Court to require the United States to produce internal documents of the Internal Revenue Service or administrative rules and procedures of the Internal Revenue Service.

Accordingly, the Defendant's Motion is DENIED without prejudice.

SO ORDERED this 21st day of February 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>United States v. Maria D. Barnes</u>
Cr. No. 05-00367-01 DAE

Order Denying Defendant's Motion to Compel Disclosure of Information Regarding Cooperating Witness Espinal and Cooperating Defendants Jacobson, Cruz and Callender and Disclosure of Information Files

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and method of service noted below, a true and correct copy of the foregoing  was served on the following at his last known address:

Served by First Class Mail:

   Mr. Arthur E. Ross                    February 21, 2006
   Attorney at Law
   126 Queen St., Suite 210
   Honolulu, HI 96813

   Counsel for defendant
   Maria D. Barnes


                                    <u>/s/ Rowena N. Kang</u>