# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00367DAE

CASE NAME:       USA vs. (01) MARIA D. BARNES
                 USA vs. (04) SANFORD D. JACOBSON

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi           REPORTER:

DATE:    4/24/2006                     TIME:

---

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial set for 9:00 5/16/06 is continued to 9:00 10/24/06, DAE.
Final Pretrial Conference set for 10:00 4/24/06 is continued to 10:00 9/25/06, BMK.
Defendant's Motions due 9/11/06.
Government's Response due 9/25/06.

Time excluded from 5/16/06 thru 10/24/06 from the requirements of the Speedy Trial Act.  AUSA Thomas Muehleck to prepare Stipulation Continuing Trial and Order Excluding Time.

Defendant (04) Sanford Jacobson's Motion to Continue Pretrial Conference Hearing and Trial is deemed moot and terminated.

Submitted by: Warren N. Nakamura, Courtroom Manager