

ARTHUR E. ROSS   #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2006

at \_\_\_ o'clock and \_\_\_ min.\_\_\_ M
SUE BEITIA, CLERK

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR. NO. 05-00367 DAE |
| ) | |
| Plaintiff,    ) | MARIA BARNES' EX PARTE |
| ) | MOTION TO HAVE COUNSEL |
| vs.    ) | APPOINTED PURSUANT TO THE |
| ) | CRIMINAL JUSTICE ACT, 18 U.S.C. |
| MARIA D. BARNES,    (01)    ) | § 3006 (A) (a) (3);DECLARATION |
| GEORGE CALLENDER,    (02)    ) | OF MARIA BARNES |
| ROBERT CRUZ and    (03)    ) | |
| SANFORD JACOBSON,    (04)    ) | |
| ) | |
| Defendants.    ) | |
| ) | |
| _____    ) | |

<u>MARIA BARNES' EX PARTE MOTION TO HAVE COUNSEL APPOINTED
PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006 (A) (a) (3)</u>

Defendant MARIA D. BARNES, requests this Honorable Court to have her

retained counsel ARTHUR E. ROSS, appointed counsel pursuant to the Criminal

Justice Act 18 U.S.C. § 3006 (A) (a) (3) because she is no longer able to pay her

1

remaining legal fees originally agreed upon.

This motion is supported by the declaration of Maria Barnes .


DATED: Honolulu, Hawaii, April 28, 2006.

                                           /s/ Arthur E. Ross
                                           ARTHUR E. ROSS
                                           Attorney for Defendant
                                           MARIA D. BARNES


<u>UNITED STATES of AMERICA   v.   MARIA D. BARNES, et al.,</u>
CR. NO.  05-00367 DAE