IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF MARIA D. |
| | ) | BARNES |
| vs. | ) | |
| | ) | |
| MARIA D. BARNES, (01) | ) | |
| GEORGE CALLENDER, (02) | ) | |
| ROBERT CRUZ and (03) | ) | |
| SANFORD JACOBSON, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MARIA D. BARNES

MARIA D. BARNES, declares as follows:

1. I am a defendant in the above-entitled matter and retained attorney Arthur E. Ross, who I have known for many years, to represent me at the time of my arrest.

2. I agreed to pay Mr. Ross a reasonable sum for his services based upon his estimate of the number of hours that would be necessary to see this case to a conclusion, and believed that my real estate business would produce the necessary funds.

3

3. To date I have paid him about one-third of the agreed amount but am no longer able to make further payments or to carry on my full time real estate brokerage business because of the severe depression brought on by the stress of the pending criminal case.

4. Although, I have tried to sell some assets to pay Mr. Ross, I am unable to obtain a fair price for them and do not want to accept less that 50% of their value which is unfair to Mr Ross who is diligently working on my case with his paralegal without any compensation for over a month.

5. Under the circumstances I request the Court to convert Mr. Ross's further representation from retained to appointed status under the Criminal Justice Act.

6. Mr. Ross has informed me that an appeal of the Magistrate's Order, quashing a subpoena duces tecum to obtain specific IRS documents as part of the discovery process, is necessary to establish a viable entrapment defense or grounds for dismissal of the indictment.

7. Because of Mr. Ross' familiarity with the facts of the case and the people involved, I feel comfortable with him and would like to have him continue representing me.

I declare under the penalty of law that the foregoing statements are true and

correct.

DATED: Honolulu, Hawaii, April 27, 2006.

                                                                              /s/ Maria D. Barnes
                                                                              MARIA D. BARNES
                                                                              Defendant

<u>UNITED STATES of AMERICA  v.  MARIA  D. BARNES, et al.</u>, 05-00367 DAE