# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00367DAE

CASE NAME:        USA v. (01) Maria D. Barnes

ATTYS FOR PLA:    Jonathan Loo

ATTYS FOR DEFT:   (01) Arthur Ross

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE:   | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE:    | 5/9/2006          | TIME:     | 1:40-1:41:13pm |

COURT ACTION:  EP:  Defendant (01) Maria D. Barnes' Ex Parte Motion to Have Counsel Appointed Pursuant to Criminal Justice Act, 18 U.S.C. SS 3006(A)(a)(3) - defendant present, not in custody.

AUSA Jonathan Loo enters his appearance in this case.  Thomas Muehleck may be terminated from this case.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted.   Arthur Ross is appointed as CJA counsel for defendant

Submitted by: Shari Afuso, Courtroom Manager