# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00367DAE

CASE NAME:       USA v. (01) Maria D. Barnes

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Kevin S. C. Chang          REPORTER:

DATE:      5/10/2006                  TIME:

COURT ACTION:  EO: The Minutes submitted on 5/9/06 shall be clarified as follows:

AUSA Jonathan Loo enters his appearance in this case.  AUSA Thomas Muehleck shall remain as counsel in this case and should not be terminated.

Submitted by: Shari Afuso, Courtroom Manager