ARTHUR E. ROSS #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Substituting Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
| Plaintiff, | ) ) ) | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) ) | |
| MARIA D. BARNES, (01) GEORGE CALLENDER, (02) ROBERT CRUZ and (03) SANFORD JACOBSON, (04) | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Upon review of the Stipulation between the Parties and Pre-trial Services, and good cause appearing therefore, the condition of release is amended to allow the Defendant MARIA D. BARNES to travel to San Francisco and Sausalito, California, on July 6, 2006, ( Delta flight 632, leaves 11:15 p.m.) until July 17, 2006 and return

1

to Honolulu on or before July 17, 2006 (Delta flight 629, arrives 9:04 p.m.).

That while the Defendant is in the San Francisco area from July 6, 2006 to July 17, 2006 she will reside with her close friends Mr. and Mrs. Brinkman, who have two children, ages 3 and 6 months at 60 Prospect Street, Sausalito, 94965, telephone number (415) 272-3851.

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____6-29_____, 2006.

APPROVED AND SO ORDERED

_____
Judge of the Above-Entitled Court

U.S.A. vs. MARIA D. BARNES, et al.; CR. NO. 05-00367 DAE