ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

ARTHUR E. ROSS  #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Substituting Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE ; ORDER; CERTIFICATE |
| | ) | OF SERVICE |
| MARIA D. BARNES, (01) | ) | |
| GEORGE CALLENDER, (02) | ) | |
| ROBERT CRUZ and (03) | ) | |
| SANFORD JACOBSON, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

LODGED
JUN 2 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated and agreed by and among the parties hereto, the United States of America by and through its attorney Jonathan Loo, the Defendant MARIA D. BARNES by and through her attorney, Arthur E. Ross, and Pre-trial Services, by and through Diana Arima-Linscott, that the special condition of the

1

release as it pertains to the Defendant's travel be extended to allow the Defendant via Delta Airlines frequent flyer program, to travel to San Francisco and Sausalito, California, on July 6, 2006, ( Delta flight 632, leaves 11:15 p.m.) until July 17, 2006 and return to Honolulu on or about July 17, 2006 (Delta flight 629, arrives 9:04 p.m.).

That while the Defendant is in the San Francisco area from July 6, 2006 to July 17, 2006 she will reside with her close friends Mr. and Mrs. Brinkman, who have two children, ages 3 and 6 months at 60 Prospect Street, Sausalito, 94965, telephone number (415) 272-3851.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawaii, June 26, 2006.

APPROVED AND SO STIPULATED

_____
DIANA ARIMA-LINSCOTT
Pre-Trial Services

APPROVED AND SO STIPULATED

_____
MARIA D. BARNES, Defendant

APPROVED AND SO STIPULATED

_____
JONATHAN LOO
Attorney for Plaintiff U.S.A.

Approved and so Acknowledged

_____
ARTHUR E. ROSS
Attorney for MARIA D. BARNES

APPROVED AND SO ORDERED

_____
Judge of the Above-Entitled Court

3