ORIGINAL

ARTHUR E. ROSS  #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Substituting Attorney for Defendant
MARIA D. BARNES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 05-00367 DAE |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY |
| ) | CONDITIONS OF PRETRIAL |
| vs. ) | RELEASE ; ORDER; CERTIFICATE |
| ) | OF SERVICE |
| ) | |
| MARIA D. BARNES,         (01) ) | |
| GEORGE CALLENDER,    (02) ) | LODGED |
| ROBERT CRUZ and         (03) ) | |
| SANFORD JACOBSON,    (04) ) | JUN 2 8 2006 |
| ) | CLERK, U. S. DISTRICT COURT |
| Defendants.              ) | DISTRICT OF HAWAII |
| ) | |
| ) | |
| ———————————————— ) | |

## STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated and agreed by and among the parties hereto, the

United States of America by and through its attorney Jonathan Loo, the Defendant

MARIA D. BARNES by and through her attorney, Arthur E. Ross, and Pre-trial

Services, by and through Diana Arima-Linscott, that the special condition of the

1

release as it pertains to the Defendant's travel be extended to allow the Defendant via

Delta Airlines frequent flyer program, to travel to San Francisco and Sausalito,

California, on July 6, 2006, ( Delta flight 632, leaves 11:15 p.m.) until July 17, 2006

and return to Honolulu on or about July 17, 2006 (Delta flight 629, arrives 9:04 p.m.).

That while the Defendant is in the San Francisco area from July 6, 2006 to July

17, 2006 she will reside with her close friends Mr. and Mrs. Brinkman, who have two

children, ages 3 and 6 months at 60 Prospect Street, Sausalito, 94965, telephone

number (415) 272-3851.

All the other terms and conditions shall apply to the Court's previous orders of

release.


DATED: Honolulu, Hawaii, June 26, 2006.


APPROVED AND SO STIPULATED


DIANA ARIMA-LINSCOTT
Pre-Trial Services


APPROVED AND SO STIPULATED


MARIA D. BARNES, Defendant


2

APPROVED AND SO STIPULATED

JONATHAN LOO
Attorney for Plaintiff U.S.A.

Approved and so Acknowledged

ARTHUR E. ROSS
Attorney for MARIA D. BARNES

APPROVED AND SO ORDERED

Judge of the Above-Entitled Court

3

ARTHUR E. ROSS  #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Substituting Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
| | ) | *Proposed* |
| Plaintiff, | ) | ORDER TO MODIFY |
| | ) | CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE |
| | ) | |
| MARIA D. BARNES,        (01) | ) | |
| GEORGE CALLENDER,   (02) | ) | |
| ROBERT CRUZ and        (03) | ) | |
| SANFORD JACOBSON,    (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Upon review of the Stipulation between the Parties and Pre-trial Services, and

good cause appearing therefore, the condition of release is amended to allow the

Defendant MARIA D. BARNES to travel to San Francisco and Sausalito, California,

on July 6, 2006, ( Delta flight 632, leaves 11:15 p.m.) until July 17, 2006 and return

1

to Honolulu on or before July 17, 2006 (Delta flight 629, arrives 9:04 p.m.).

That while the Defendant is in the San Francisco area from July 6, 2006 to July 17, 2006 she will reside with her close friends Mr. and Mrs. Brinkman, who have two children, ages 3 and 6 months at 60 Prospect Street, Sausalito, 94965, telephone number (415) 272-3851.

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____, 2006.

APPROVED AND SO ORDERED

_____
Judge of the Above-Entitled Court

U.S.A.  vs. MARIA D. BARNES, et al.; CR. NO. 05-00367 DAE

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document will be duly served upon

the following parties by personal service at the following addresses as set forth below:

JONATHAN LOO, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DIANA ARINA-LINSCOTT
Pre-Trial Services
PJKK FederalBuilding
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June 26, 2006.

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

4