# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00367DAE

CASE NAME:      USA v. (01) Maria Barnes

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    09/21/2006               TIME:

COURT ACTION:  EO: Arthur Ross to prepare a Stipulation to Continue the Trial as to (01) Maria Barnes to included excluding speedy trial.

New dates given:
JS/JT 12/12/06 @ 9 a.m., DAE
FPT 11/13/06 @ 10 a.m., KSC
Motions due 10/24/06
Response due 11/7/06

Submitted by Richlyn Young, Courtroom Manager