ARTHUR E. ROSS   #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR |
| | ) | CONTINUANCE OF TRIAL DATE |
| vs. | ) | AND EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT; ORDER |
| MARIA D. BARNES,       (01) | ) | |
| GEORGE CALLENDER,   (02) | ) | |
| ROBERT CRUZ and       (03) | ) | |
| SANFORD JACOBSON,   (04) | ) | |
| | ) | |
| | ) | Old Trial Date:   October 24, 2006 |
| Defendants. | ) | New Trial Date:  December 12, 2006 |
| | ) | |

### STIPULATION FOR CONTINUANCE OF TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and the Defendant MARIA D. BARNES, by and through their respective attorneys, hereby agree and stipulate and ask the Court to continue the trial in this case from October 24, 2006 to and including December 12, 2006, for the reasons stated herein and to exclude time under the Speedy Trial

1

Act.

The continuance is requested by the Defendant Maria Barnes to allow her sufficient time to cooperate with law enforcement authorities and/or to adequately prepare for trial given the discovery in the case. The parties agree and the Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial to allow the Defendant more time to cooperate with the Internal Revenue Service and/or adequately prepare for trial given the discovery in this case. The Defendant and the government further agree and the Court finds that the first available date for counsel for the Defendant and the government for trial is December 12, 2006 to ensure continuity of counsel.

Accordingly, it is hereby agreed and stipulated and the Court finds that (1) jury selection and trial for this matter be set for December 12, 2006, at 9:00 a.m. before District Judge David Alan Ezra; and 2) Final Pretrial Conference be set for November 13, 2006 at 10:00 a.m. before Magistrate Kevin Chang. Defense motions are due on October 24, 2006 and the government's responses on November 7, 2006. The parties further agree and the Court finds that the period of time from October 24, 2006, to and including December 12, 2006, constitute a period of excludable delay pursuant to 18 U.S.C. §§ 3161 (h) (8) (A) and (h) (8) (B) (iv).

2

DATED: Honolulu, Hawaii, September 22, 2006.

                                             EDWARD H. KUBO, Jr.
                                             United States Attorney
                                             District of Hawaii

                                             By _____
                                                JONATHAN LOO
                                             Assistant United States Attorney


                                             _____
                                             ARTHUR E. ROSS
                                             Attorney for Defendant
                                             MARIA D. BARNES


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, September __27__, 2006.

                                             _____
                                             DAVID ALAN EZRA
                                             United States District Judge


<u>UNITED STATES of AMERICA</u>  v.  <u>MARIA D. BARNES, et al.</u>,
CR. NO. 05-00367 DAE