# MINUTES

|  |  |
|---|---|
|  | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
|  | 11/16/2006  4:30 pm |
|  | SUE BEITIA, CLERK |

CASE NUMBER:      CR05-00367DAE

CASE NAME:         USA v. (01) Maria D. Barnes

ATTYS FOR PLA:    Jonathan Loo

ATTYS FOR DEFT:   (01) Arthur Ross

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
|---|---|---|---|
| DATE: | 11/16/2006 | TIME: | 2:17-2:43:21pm<br>2:58-3:10:58pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Court takes a recess for counsel to speak with his client.  Court continues with the plea proceedings.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  Government agrees to dismiss the remaining counts of the Indictment after sentencing as to Defendant 01.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 3/27/07 at 3:00 p.m. before Judge Ezra.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager