ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-2958
e-mail:         jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at ___o'clock and __min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| MARIA BARNES,        (01) | ) | Hearing: November 16, 2006 |
| | ) | Time:    2:00 p.m. |
| | ) | Judge:   Hon. Kevin S. C. |
| Defendant. | ) | Chang |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United

States Magistrate Judge of my right to enter my plea in this case

before a United States District Judge.  I hereby declare my

intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the

proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea.   I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted,

a presentence investigation and report will be ordered pursuant

to Rule 32, Fed.R.Crim.P.   I further understand that the assigned

United States District Judge will then act on the Magistrate

Judge's Report and Recommendation; and, if the plea of guilty is

accepted, will adjudicate guilt and schedule a sentencing hearing

at which the District Judge will decide whether to accept or

reject any associated plea agreement, and will determine and

impose sentence.

DATED:   November 16, 2006, at Honolulu, Hawaii.


MARIA BARNES
Defendant


ARTHUR ROSS
Attorney for Defendant

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _____
JONATHAN M. F. LOO
Assistant U.S. Attorney