EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  05-00367 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF |
| vs. | ) | THE UNITED STATES; |
| | ) | CERTIFICATE OF SERVICE |
| MARIA BARNES, (01) | ) | |
| | ) | Date:   March 27, 2007 |
| Defendant. | ) | Time:   3:00 p.m. |
| | ) | Judge:  David Alan Ezra |
| | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: February 5, 2007, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Jonathan M. F. Loo
                           JONATHAN M. F. LOO
                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

ARTHUR ROSS, ESQ.                              February 5, 2007
3artross@sisna.com

Attorney for Defendant
MARIA BARNES


Served by Hand-Delivery:                        February 5, 2007

U.S. PROBATION OFFICE
ATTN: Roy Kawamoto
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED: Honolulu, Hawaii, February 5, 2007.


                                                /s/ M. Derby-Taufa'asau