ARTHUR E. ROSS  #1005
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Attorney for Defendant
MARIA D. BARNES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2007

at 3 o'clock and 35 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00367 DAE |
| ) | |
| Plaintiff, ) | NOTICE OF HEARING; |
| ) | DEFENDANT'S MOTION TO |
| vs. ) | CONTINUE SENTENCING; |
| ) | DECLARATION OF COUNSEL; |
| MARIA D. BARNES,        (01) ) | CERTIFICATE OF SERVICE |
| GEORGE CALLENDER,  (02) ) | |
| ROBERT CRUZ and          (03) ) | |
| SANFORD JACOBSON,   (04) ) | |
| ) | |
| Defendants. ) | |
| ) | Judge: David A. Ezra |
| ) | Date: _____ |
| ) | Time: _____ |
| ) | |

NOTICE OF HEARING OF DEFENDANT MARIA BARNES' MOTION
TO CONTINUE SENTENCING

TO:

JONATHAN LOO
Assistant United States Attorney

1

Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm 6100
Honolulu, Hawaii 96850

     PLEASE TAKE NOTICE that the following motion will be heard before the Honorable David A. Ezra Judge of the above-entitled court in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, 2007 at _____ or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, February 8, 2007.

                                                    /s/ Arthur E. Ross
                                                  ARTHUR E. ROSS
                                                  Attorney for Defendant
                                                  MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | CONTINUE SENTENCING |
| vs. | ) | |
| | ) | |
| MARIA D. BARNES,         (01) | ) | |
| GEORGE CALLENDER,   (02) | ) | |
| ROBERT CRUZ and          (03) | ) | |
| SANFORD JACOBSON,   (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>DEFENDANT MARIA BARNES' MOTION TO CONTINUE SENTENCING</u>

Defendant Maria D. Barnes, by and through her attorney undersigned moves the court for an order continuing the sentencing date in this matter which is currently set for March 27, 2007, on the grounds that more time is needed to follow through on her cooperation agreement with the government pursuant to U.S.S. G. § 1B 1.8 (a).

This motion is made pursuant to Rules 47 of the Federal Rules of Criminal Procedure and is based upon the attached Declaration of Counsel, the records and files herein, and such further evidence and argument as the court may hear.

DATED: Honolulu, Hawaii, February 8, 2007.

*(signature)*
ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES