IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA D. BARNES, (01) | ) | |
| GEORGE CALLENDER, (02) | ) | |
| ROBERT CRUZ and (03) | ) | |
| SANFORD JACOBSON, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, ARTHUR E. ROSS, declare as follows:

1. I am the court appointed CJA panel attorney for defendant Maria D. Barnes, in the above-entitled matter who entered a plea of guilty to Count I of the indictment on November 16, 2006 and make this declaration in support of a motion to continue the sentencing date set for March 27, 2007 another four months.

2. In her plea agreement the defendant agreed to fully cooperate with the government pursuant to U.S.S.G. § 1B 1.8(a) and has been meeting regularly with John Madinger, the IRS agent in charge of the Criminal Investigation Division to

5

provide information that will lead to prosecution.

3.    Mr. Madinger is aware that defendant's efforts are a work in progress which promises to bear fruit within the next six months given the time necessary for the defendant to do what needs to be done in situations such as this.

4.    Due to the need for more time for the defendant to follow through on the leads provided, under the cooperation agreement, a four month continuance of the sentencing date is requested.

5.    This is the first requested continuance of this sentencing which is made in good faith and not for the purpose of delay.

I declare under penalty of law that the foregoing statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, February 8, 2007.

/s/ Arthur E. Ross
ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES