ARTHUR E. ROSS   #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| MARIA D. BARNES,       (01) | ) | |
| GEORGE CALLENDER,  (02) | ) | |
| ROBERT CRUZ and        (03) | ) | |
| SANFORD JACOBSON,  (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jonathan Loo and Arthur E. Ross, Esq. court-appointed attorney for defendant Maria Barnes, that the sentencing date of March 27, 2007 be continued until July 23, 2007 at 1:30 p.m. in order to give Ms. Barnes more time to follow

1

through on her cooperation agreement with the government pursuant to U.S.S.G. § 1B1.8 (a)

DATED: Honolulu, Hawaii, February 16th, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By JOHNATHAN LOO
Assistant U.S. Attorney

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

APPROVED AND SO ORDERED

FEB 2 1 2007

DAVID A. EZRA
United States District Court Judge

UNITED STATES of AMERICA   v.  MARIA D. BARNES, et al.,
CR. NO.  05-00367 DAE