

ARTHUR E. ROSS  #1005
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone (808) 521-4343
Fax. No.   (808) 521-7680

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | WITHDRAWAL OF MOTION TO |
| | ) | CONTINUE SENTENCING; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MARIA D. BARNES,        (01) | ) | |
| GEORGE CALLENDER,    (02) | ) | |
| ROBERT CRUZ and         (03) | ) | |
| SANFORD JACOBSON,   (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Judge: David A. Ezra |
| | ) | Date: _____ |
| | ) | Time: _____ |
| _____ | ) | |

WITHDRAWAL OF MOTION TO CONTINUE SENTENCING

Defendant Maria D. Barnes through her court appointed attorney Arthur E.

Ross, hereby withdraws her motion to continue the sentencing presently scheduled

1

for March 27, 2007, having entered into a stipulation with the government to continue the sentencing to July 23, 2007 at 1:30 before Judge David Alan Ezra.

DATED: Honolulu, Hawaii, February 20, 2007.

                                                          ARTHUR E. ROSS
                                                          Attorney for Defendant
                                                          MARIA D. BARNES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties by personal service at the following addresses as set forth below:

JONATHAN LOO, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, February 20, 2007.

                                                */s/ Arthur E. Ross*
                                                ARTHUR E. ROSS
                                                Attorney for Defendant
                                                MARIA D. BARNES