FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 7 2007

**ARTHUR E. ROSS  #1005**
**841 Bishop Street, Suite 2115**
**Honolulu, Hawaii 96813**
**Telephone: 521-4343, Fax: 521-7680**

**LODGED** at ___ o'clock and 40 min P. M.
SUE BEITIA, CLERK

APR 16 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**Attorney for Defendant**
**MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR  NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO RETURN |
| | ) | U.S. PASSPORT TO DEFENDANT |
| vs. | ) | TEMPORARILY FOR LIMITED |
| | ) | PURPOSE OF RENEWING |
| MARIA BARNES, | ) | HAWAII DRIVERS LICENSE |
| | ) | |
| Defendant. | ) | |

STIPULATION TO RETURN U.S. PASSPORT TO DEFENDANT
TEMPORILY FOR LIMITED PURPOSE OF RENEWING HAWAII
DRIVERS LICENSE

IT IS HEREBY STIPULATED AND AGREED by and between the

attorneys for Defendant Maria Barnes and the United States of America, that

Defendant's U.S. Passport, which was surrendered at the time of her arrest, be

temporarily returned to her for the limited purpose of establishing her date of

birth in order to renew Defendant's driver's license as required in the attached

letter from the City and County of Honolulu, Division of Motor Vehicles.

DATED: Honolulu, Hawaii, April 13, 2007.

United States of America

By _____
JONATHAN M. F. LOO
Assistant U. S. Attorney

Defendant

By _____
ARTHUR E. ROSS
Attorney for Maria Barnes

APPROVED AND SO ORDERED:

_____
Judge of the United States District Court

United States of America  v.  Maria  Barnes    CR. NO.  05-00367  DAE