DEPARTMENT OF CUSTOMER SERVICES
# CITY AND COUNTY OF HONOLULU

DIVISION OF MOTOR VEHICLE, LICENSING, AND PERMITS * DRIVER LICENSE BRANCH
P.O. BOX 30340
HONOLULU, HAWAII 96820-0340

MUFI HANNEMANN
MAYOR



JEFF J. COELHO
DIRECTOR

DENNIS A. KAMIMURA
LICENSING ADMINISTRATOR

12/09/2006

MARIA BARNES
300 WAI NANI WY 2203
HONOLULU HI 96815

DEAR MARIA BARNES

Your social security number, name, and date of birth were matched against the Social Security Administration (SSA) Master file. The date of birth information as indicated in our driver license record is inconsistent with the SSA file.

Please provide acceptable document(s) for proof of date of birth when you apply for a new, renewal or duplicate driver license. You will not be able to process your driver's license until we receive verification of your date of birth.

Acceptable Document(s):

A. Certified Birth Certificate
B. Certified Birth ID card
C. U.S. Military Issued Certificate of Birth (SF-240/SF-545)
D. Certificate of Citizenship for Child Born Abroad
E. Other documents as deemed necessary by the Examiner of Drivers as proof

If you have any questions, please call 532-7730.

Sincerely,

James Sakaguchi
Supervisor Driver License Examiner, for

Dennis A. Kamimura
Licensing Administrator