IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00367 DAE 01 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (01) MARIA D. BARNES, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2007

at 11 o'clock and 25 min. A M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 120756348 issued at USA, on 11/16/2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 14, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Place of Birth:    PHILIPPINES

Dated at Honolulu, Hawaii on September 14, 2005.

SUE BEITIA, Clerk

By: _____
      Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: 04.20.07            Signature: /s/ Maria D. Barnes
                                      Owner of Passport