ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00367 DAE(01) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Maria Della Barnes, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120756348 issued at Honolulu, on 11/16/2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 27, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    07/05/1940

Place of Birth:   Philippines

Dated at Honolulu, Hawaii on April 27, 2007.

SUE BEITIA
Clerk, United States District Court
District of Hawaii

Deputy Clerk, United States District Court, District of Hawaii

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                              Owner of Passport