**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jonathan Loo and Arthur E. Ross, court-appointed attorney for Defendant Maria Barnes, that the sentencing date of July 23, 2007 at 1:30 p.m. be continued until October 29, 07 at 1:30 p.m. in order to give Ms. Barnes more time to follow through on her cooperation agreement with the government pursuant to U.S.S.G. § 1B1.8 (a).

1

DATED: Honolulu, Hawaii, June 11, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Jonathan M. F. Loo
JONATHAN M. F. LOO
Assistant U. S. Attorney

Defendant

By /s/ Arthur E. Ross
ARTHUR E. ROSS
Attorney for Maria Barnes

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Court Judge

United States of America v. Maria Barnes   CR. NO. 05-00367 DAE