**ARTHUR E. ROSS  #1005**
**841 Bishop Street, Suite 2115**
**Honolulu, Hawaii 96813**
**Telephone: 521-4343, Fax: 521-7680**

LODGED
JUN 21 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2007

at 2 o'clock and 30 min P .M.
SUE BEITIA, CLERK

**Attorney for Defendant**
**MARIA BARNES**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | )   CR NO. 05-00367 DAE |
|           Plaintiff, | ) <br> )   STIPULATION TO MODIFY |
| | )   CONDITIONS OF PRETRIAL |
|         vs. | )   RELEASE; PROPOSED ORDER; |
| | )   EXHIBITS "A", "B" & "C" ; |
| MARIA BARNES, | )   CERTIFICATE OF SERVICE |
| | ) |
|         Defendant. | ) |
| | ) |

### STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and among the parties

hereto, Arthur E. Ross, the attorney for Defendant Maria D. Barnes and the

United States of America by and through its attorney Jonathan Loo, and Pre-

Trial Services, by and through Diana Arima-Linscott, that the special condition

of the release as it pertains to the Defendant's travel be extended to allow the

Defendant via Delta Airlines (Buddy Pass, i.e. Stand By basis ) to travel to San

Diego via Los Angeles ( Delta flight 884, 6/26/07, @ 10:10 p.m. to LA, Delta

flight 5789, 6/27/07, @ 8:30 a.m. to San Diego) until July 8, 2007 when she

1

will return to Honolulu ( Delta flight 5754, 7/8/07 @ 6:30 a.m. to LA, Delta flight 1579, 7/8/07 @ 10:57 a.m. to Honolulu).  (*See* Exhibit "A").

Defendant's psychiatrist recommended that she take a trip to experience relief from her intense stress (*See* Exhibit "B"), and her sister in San Diego has offered her house and hospitality to allow this relief (*See* Exhibit "C") where she will reside at 637 M Avenue, National City, California, 91950, Telephone No. 619-434-5012.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawaii, June 20, 2007.

APPROVED AND SO STIPULATED

United States of America

By _____
   JONATHAN M. F. LOO
   Assistant U. S. Attorney

Defendant

By _____
   ARTHUR E. ROSS
   Attorney for Defendant
   MARIA D. BARNES

United States of America  v. Maria  Barnes   CR. NO.  05-00367  DAE