**ARTHUR E. ROSS  #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 05-00367 DAE |
| Plaintiff, | PROPOSED ORDER TO MODIFY CONDITIONS OF PRETRIAL |
| vs. | |
| MARIA BARNES, | |
| Defendant. | |

### PROPOSED ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Upon review of the Stipulation between the Parties and Pre-Trial Services, and good cause appearing therefore, the special condition of the release as it pertains to the Defendant's travel is amended to allow the Defendant MARIA D. BARNES to travel to San Diego via Delta Airlines (Buddy Pass, i.e. Stand By basis ) via Los Angeles ( Delta flight 884, 6/26/07, @ 10:10 p.m. to LA, Delta flight 5789, 6/27/07, @ 8:30 a.m. to San Diego) until July 8, 2007 when she will return to Honolulu ( Delta flight 5754, 7/8/07 @ 6:30 a.m. to LA, Delta

flight 1579, 7/8/07 @ 10:57 a.m. to Honolulu).  (*See* Exhibit "A").

Defendant will travel to visit with her sister and family in San Diego at her house where she will reside at 637 M Avenue, National City, California, 91950, Telephone No. 619-434-5012.

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June ____, 2007.

                                                          APPROVED AND SO ORDERED:

_____
Judge of the United States District Court

United States of America   v.  Maria  Barnes   CR. NO. 05-00367 DAE

4