## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties by personal service at the following addresses as set forth below:

JONATHAN LOO, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DIANA ARINA-LINSCOTT
Pre-Trial Services
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June ___, 2007.

                                                ARTHUR E. ROSS
                                                Attorney for Defendant
                                                MARIA D. BARNES