

**ARTHUR E. ROSS #1005**
**841 Bishop Street, Suite 2115**
**Honolulu, Hawaii 96813**
**Telephone: 521-4343, Fax: 521-7680**

LODGED JUN 22 2007 2:50 pm CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 2 6 2007
at 10 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**Attorney for Defendant**
**MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
| Plaintiff, | ) ) ) | ORDER TO MODIFY CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE; EXHIBIT "A" |
| MARIA BARNES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Upon review of the Stipulation between the Parties and Pre-Trial Services, and good cause appearing therefore, the special condition of the release as it pertains to the Defendant's travel is amended to allow the Defendant MARIA D. BARNES to travel to San Diego via Delta Airlines (Buddy Pass, i.e. Stand By basis ) via Los Angeles ( Delta flight 884, 6/26/07, @ 10:10 p.m. to LA, Delta flight 5789, 6/27/07, @ 8:30 a.m. to San Diego) until July 8, 2007 when she will return to Honolulu ( Delta flight 5754, 7/8/07 @ 6:30 a.m. to LA, Delta

1

flight 1579, 7/8/07 @ 10:57 a.m. to Honolulu). (*See* Exhibit "A").

Defendant will travel to visit with her sister and family in San Diego at her house where she will reside at 637 M Avenue, National City, California, 91950, Telephone No. 619-434-5012.

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 25, 2007.

APPROVED AND SO ORDERED:

_____
Judge of the United States District Court

United States of America v. Maria Barnes   CR. NO. 05-00367 DAE