EXHIBIT "A"

Art,

My itinerary is as follows:

| Departure | Date | Time | Airline |
|---|---|---|---|
| Honolulu | 6/26 | 10:10 p.m. | Delta 884 |
| Arrival: | | | |
| Los Angeles | 6/27 | 6:29 a.m. | |
| Departure: | | | |
| Los Angeles | 6/27 | 8:30 a.m. | Delta 5759 |
| Arrival: | | | |
| San Diego | 6/27 | 9:30 a.m. | |
| | | | |
| Return Trip | | | |
| Departure: | | | |
| San Diego | 7/8 | 6:30 a.m. | Delta 5754 |
| Arrival: | | | |
| Los Angeles | 7/8 | 7:20 a.m. | |
| Departure: | | | |
| Los Angeles | 7/8 | 10:57 a.m. | Delta 1579 |
| Arrival: | | | |
| Honolulu | 7/8 | 10:57 p..m. | |

........................................................................

Because I am traveling on a Buddy Pass I am going to be on Stand by basis. Please note that my return flight to Honolulu, might be extended as my relatives there wants to show me around since I have not seen them in 6 years time.