**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**MARIA BARNES**

LODGED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 05-00367 DAE |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION |
| ) | TO MODIFY CONDITIONS |
| vs. ) | OF PRETRIAL RELEASE; |
| ) | ~~PROPOSED~~ ORDER;EXHIBITS |
| MARIA BARNES, ) | "A", "B" & "C"; CERTIFICATE |
| ) | OF SERVICE |
| Defendant. ) | |
| ) | |

## AMENDED STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, Arthur E. Ross, the attorney for Defendant Maria D. Barnes and the United States of America by and through its attorney Jonathan Loo, and Pre-Trial Services, by and through Diana Arima-Linscott, that the special condition of the release as it pertains to the Defendant's travel be extended to allow the Defendant via Delta Airlines (Buddy Pass, i.e. Stand By basis ) to travel to San Diego via Los Angeles ( Delta flight 884, 6/26/07, @ 10:10 p.m. to LA, Delta

1

flight 5789, 6/27/07, @ 8:30 a.m. to San Diego) until July 8, 2007 when she will return to Honolulu ( Delta flight 5754, 7/8/07 @ 6:30 a.m. to LA, Delta flight 1579, 7/8/07 @ 10:57 a.m. to Honolulu). (*See* Exhibit "A").

Defendant's psychiatrist recommended that she take a trip to experience relief from her intense stress (*See* Exhibit "B"), and her sister in San Diego has offered her house and hospitality to allow this relief (*See* Exhibit "C") where she will reside at 637 M Avenue, National City, California, 91950, Telephone No. 619-434-5012.

As part of her vacation with her family Ms. Barnes will drive to Las Vegas, Nevada on June 28, 2007 and stay there until July 1st, 2007, when she will return to San Diego, California to continue her vacation with them until July 8th, 2007 when she will return to Honolulu on Delta Flights 5754 (to LA, California) and 1579 (to Honolulu, Hawaii), with an approximate 6:00 p.m. Honolulu return.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawaii, June ____, 2007.

APPROVED AND SO STIPULATED

United States of America

By _____
JONATHAN M. F. LOO
Assistant U. S. Attorney


Pre-Trial Services

By _____
Diana Arima-Linscott


Defendant

By _____
ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES


United States of America  v. Maria Barnes   CR. NO. 05-00367 DAE