ORIGINAL

**ARTHUR E. ROSS  #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 17 2007
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

**Attorney for Defendant
MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| MARIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jonathan Loo and Arthur E. Ross, court-appointed attorney for Defendant Maria Barnes, that the sentencing date of January 7, 2008 at 11:15 a.m. be continued until February 11, 2008 at 3:00 p.m. in order to give Ms. Barnes' attorney more time to file her sentencing statement and motion for downward departure.

1

DATED: Honolulu, Hawaii, December 17, 2007.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By _/s/ Jonathan M. F. Loo_
> JONATHAN M. F. LOO
> Assistant U. S. Attorney

Defendant

> By _/s/ Arthur E. Ross_
> ARTHUR E. ROSS
> Attorney for Maria Barnes

APPROVED AND SO ORDERED:

_/s/ David A. Ezra_
DAVID A. EZRA
United States District Court Judge

United States of America  v.  Maria Barnes   CR. NO. 05-00367 DAE