# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00367DAE |
| CASE NAME: | USA v. (01) Maria D. Barnes |
| ATTYS FOR PLA: | Jonathan Loo, AUSA |
| ATTYS FOR DEFT: | Arthur E. Ross, Esq. |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | February 26, 2008 | TIME: | 9:00am - 9:40am |

COURT ACTION:  EP:  Sentencing to Count 1 of the Indictment as to Defendant (01)Maria D. Barnes. Government's Motion for Downward Departure.

Defendant (01) Maria D. Barnes present, not in custody.

Discussion held.

The hearing on Sentencing to Count 1 of the Indictment as to Defendant (01) Maria D. Barnes,  Defendant Maria Barnes' Motion for Downward Departure (Doc. 169), and Government's Motion for Downward Departure (Doc. 174) is **CONTINUED** TO March 5, 2008 at 9:00 a.m.

    Submitted by: Mary Rose Feria, Courtroom Manager