# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00-367DAE |
| CASE NAME: | USA v. (01)Maria D. Barnes |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | Arthur E. Ross |
| USPO: | Terry Longboy-Healy |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/5/2008 | TIME: | 9:00am-9:25am |

COURT ACTION:  EP:  Sentencing to Count 1 of the Indictment as to Defendant (01)Maria D. Barnes. Government's Motion for Downward Departure. Defendant's Motion for Downward Departure

Defendant (01)Maria D. Barnes present, not in custody.

Discussion held.

Sentencing to Count 1 of the Indictment as to Defendant (01)Maria D. Barnes-FURTHER continued to 3/18/2008 @300pmDAE.

Submitted by:  Theresa Lam, Courtroom Manager