**ARTHUR E. ROSS  #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant
MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; EXHIBIT "1" |
| vs. | ) | |
| | ) | |
| MARIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jonathan Loo and Arthur E. Ross, court-appointed attorney for Defendant Maria Barnes, that the sentencing date of March 18, 2008 at 3:00 p.m. be continued until April 10, 2008 at 1:30 p.m. to allow her time to recover sufficiently from a recent heart attack. (See EHIBIT "1", letter from her cardiologist John J. Cogan, M.D.)

1

DATED: Honolulu, Hawaii, March ___, 2008.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
JONATHAN M. F. LOO
Assistant U. S. Attorney

Defendant

By _____
ARTHUR E. ROSS
Attorney for Maria Barnes

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Court Judge

CR. NO. 05-00367 DAE, UNITED STATES v. MARIA BARNES