CR. NO. 05-00367 DAE          EXHIBIT "1"

**JOHN J. COGAN, M.D., F.A.C.P., F.A.C.C., Inc.**
**CARDIOLOGY**


March 13, 2008


Mr. Arthur Ross, Attorney-At-Law
FAX: 521-7680


RE:   MARIA BARNES


Dear Mr. Ross:

The above patient is currently under my care.  Due to her cardiac condition, a 2-4 four week convalescence period is recommended.    Should you need additional information, please contact my office at 536-7327.

Respectfully,



John J. Cogan, M.D., F.A.C.P., F.A.C.C.