**ARTHUR E. ROSS  #1005**
**841 Bishop Street, Suite 2115**
**Honolulu, Hawaii 96813**
**Telephone: 521-4343, Fax: 521-7680**

**Attorney for Defendant**
**MARIA BARNES**

LODGED

APR 08 2008
3:45 pm
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2008

at 11 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; EXHIBIT "1" |
| vs. | ) | |
| | ) | |
| MARIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant United States

Attorney Jonathan Loo and Arthur E. Ross, court-appointed attorney for

Defendant Maria Barnes, that the sentencing date of April 9, 2008 at 3:00

p.m. be continued until June 2, 2008 at 2:15 p.m. to allow her time to recover

sufficiently from a recent heart attack. (See EXHIBIT "1", letter of March 31,

2008, from her primary physician, James Sweet , M.D.)

1

DATED: Honolulu, Hawaii, April ___, 2008.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
JONATHAN M. F. LOO
Assistant U. S. Attorney

Defendant

By _____
ARTHUR E. ROSS
Attorney for Maria Barnes

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Court Judge

CR. NO. 05-00367 DAE, UNITED STATES v. MARIA BARNES