EXHIBIT "1"

<u>United States of America   v.  Maria  Barnes</u>   CR. NO.  05-00367  DAE

Case 1:05-cr-00367-DAE    Document 183-2    Filed 04/10/2008    Page 1 of 2

## ASTHMA, ALLERGY & SINUS CENTER OF HAWAII

James M. Sweet, M.D.
Diplomate, American Board of Allergy & Immunology
Diplomate, American Board of Internal Medicine

Telephone: 808/533-7311
Fax: 808/523-9501

Queen's Physicians Office Bldg II
1329 Lusitana Street, Suite 506
Honolulu, Hawaii 96813

Kihei-Wailea Medical Center
221 Pi'ikea Avenue, Suite A
Kihei, Maui, Hawaii 96753

Maui Medical Group
2180 Main Street
Wailuku, Maui, Hawaii 96793

Kuhio Medical Center
3-3295 Kuhio Hwy., Suite 203
Lihue, Kauai, Hawaii 96766

March 31, 2008

To Judge David A. Ezra:

Maria Barnes is a patient of mine. I am her primary care physician. Maria was hospitalized at Queen's Medical Center on March 7 through March 11, 2008 for shortness of breath and chest tightness. She had elevations of her cardiac enzymes. She suffered an acute coronary syndrome She was seen by a cardiologist and underwent cardiac catheterization due to the elevated cardiac enzymes. She was found to have coronary atherosclerosis with heavy calcification. There was obstruction of her coronary arteries. Her blood vessels were found to be too small and therefore she was unable to receive angioplasty or stents. She was treated medically and is closely being followed by her cardiologist. In addition she had an exacerbation of her asthma which required treatment with steroids. She is being followed by a pulmonologist for this health condition.

I would recommend for medical reasons that Ms. Barnes be allowed to rest for two months to give her time to recuperate from her heart and lung problems. Therefore if possible could you please delay any court hearings concerning Ms. Barnes for two months.

Sincerely,

*James M. Sweet, MD*

James Sweet, M.D.