FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant
MARIA BARNES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 05-00367 DAE |
| ) | |
| Plaintiff, ) | ATTORNEY ARTHUR E. ROSS' |
| ) | MOTION TO WITHDRAW AS |
| vs. ) | CJA COUNSEL FOR DEFENDANT |
| ) | MARIA D. BARNES; DECLARATION |
| MARIA D. BARNES, ) | OF COUNSEL ; CERTIFICATE OF |
| ) | SERVICE |
| Defendant. ) | |
| ) | Judge: David A. Ezra |
| ) | Date:  June 2, 2008 |
| ) | Time:  2:30 p.m. |
| ) | |

ATTORNEY ARTHUR E. ROSS' MOTION TO WITHDRAW AS CJA
COUNSEL FOR DEFENDANT MARIA D. BARNES

COMES NOW ARTHUR E. ROSS, and moves this Honorable Court for an order allowing him to withdraw as CJA counsel for Defendant Maria Barnes and the appointment of substitute counsel to represent herin further proceedings herein.

This motion is made at the suggestion of the Court and is brought pursuant to Rule 47 of the Federal Rules of Criminal Procedure and is based on the attached

Declaration of Arthur E. Ross, the records and files in this case, and upon such further argument as may be presented at the hearing on this matter.

DATED: Honolulu, Hawaii, May 30, 2008.

                                          ARTHUR E. ROSS
                                          Attorney for Defendant
                                          MARIA D. BARNES