## DECLARATION OF ARTHUR E. ROSS

I, ARTHUR E. ROSS, declare as follows:

1.  Declarant is the court-appointed CJA attorney for defendant MARIA D. BARNES in the above-entitled case.

2.  Based on declarant's advice, the defendant entered into a plea agreement with AUSA Jonathan Loo wherein she would plead guilty to Count I of the Indictment charging her with conspiracy with others to launder money derived from drug proceeds, and the remaining counts 2-21 would be dismissed at her sentencing.

3.  It later became apparent to declarant that the plea agreement contained a statement alleging the value of the handled funds as more than $400,000.00 and less than $1,000,000.00, whereas the facts indicate $450,000.00 at the most.

4.  This $400,000.00 plus was construed by the Probation Office to include the $150,000.00 (Counts 2-21) received from an undercover IRS agent in 2003, more than a year after the Count I conspiracy (Spinner's Bar) was terminated, and had to be included in order to meet the stipulated threshold of $400,000.00.

5.  Without defendant's admission to dollar amounts, the government can only prove for sentencing purposes $150,000.00, and since there are two separate conspiracies and counts 2 to 21 is not relevant conduct of Count I as the government claims, declarant does not feel the plea agreement is entirely ethical

3

because of this erroneous fact.

6. Inasmuch as declarant misadvised Ms. Barnes as to the consequences, she was led to believe that counts 2 to 21 would be dismissed and not considered 'relevant conduct' when she signed the plea agreement, and has been unable to get AUSA Loo to alter the $100,000.00 amount, it is necessary for declarant to withdraw as counsel and have another attorney advise her whether to withdraw her plea and from the plea agreement.

7. In view of the predicament, the declarant has been placed in, for which declarant accepts the blame, declarant believes the interest of Ms. Barnes will be best be served by granting this motion to withdraw.

8. At the Court's suggestion Declarant has sought the advice of the Federal Public Defender's Office in this matter, and is satisfied that his withdrawal is in the client's best interest.

I declare under penalty of law that the foregoing statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, May 30, 2008.

ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

4