## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on each of the following by hand-delivery on January 11, 2008, addressed as follows:

JONATHAN LOO, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

ROY T. KAWAMOTO
Senior U.S. Probation Officer
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
UNITED STATES PROBATION OFFICE

DATED: Honolulu, Hawaii, May 30, 2008.

/s/ Arthur E. Ross
ARTHUR E. ROSS
Attorney for Defendant
MARIA BARNES