**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**MARIA BARNES**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 05-00367 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | ATTORNEY ARTHUR E. ROSS' AMENDED MOTION TO |
| vs. | ) ) | WITHDRAW AS CJA COUNSEL FOR DEFENDANT MARIA D. |
| MARIA D. BARNES, | ) ) | BARNES; DECLARATION OF COUNSEL; CERTIFICATE OF |
| Defendant. | ) ) ) ) ) ) ) | SERVICE<br><br>Judge: _____<br>Date: _____<br>Time: _____ |

**ATTORNEY ARTHUR E. ROSS' AMENDED MOTION TO WITHDRAW
AS CJA COUNSEL FOR DEFENDANT MARIA D. BARNES**

COMES NOW ARTHUR E. ROSS, and moves this Honorable Court for an order allowing him to withdraw as CJA counsel for Defendant Maria Barnes and the appointment of substitute counsel to represent herin further proceedings herein.

This motion is made at the suggestion of the Court and is brought pursuant

1

to Rule 47 of the Federal Rules of Criminal Procedure and is based on the attached Declaration of Arthur E. Ross, the records and files in this case, and upon such further argument as may be presented at the hearing on this matter.

DATED: Honolulu, Hawaii, June 2, 2008.

                                                                          ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES