AMENDED DECLARATION OF ARTHUR E. ROSS

I, ARTHUR E. ROSS, declare as follows:

1.      Declarant is the court-appointed CJA attorney for defendant MARIA D.
BARNES in the above-entitled case.

2.      Based on declarant's advice, the defendant entered into a plea agreement
with AUSA Jonathan Loo wherein she would plead guilty to Count 1 of the
Indictment charging her with conspiracy with others to launder money derived
from drug proceeds, and the remaining counts 2-21 would be dismissed at her
sentencing.

3.      It later became apparent to declarant that the plea agreement contained a
statement alleging the value of the handled funds as more than $400,000.00 and
less than $1,000,000.00, whereas the facts indicate $400,000.00 at the most.

4.      This $400,000.00 was construed by the Probation Office to include the
$150,000.00 in (Counts 2-21) received from an undercover IRS agent in 2003,
more than a year after the Count 1 conspiracy (Spinner's Bar) was terminated, and
had to be included in order to meet the stipulated threshold of $400,000.00.

5.      Without defendant's admission to dollar amounts, the government can only
prove for sentencing purposes $150,000.00, and since there are two separate
conspiracies and counts 2 to 21 are not relevant conduct of Count I as the
government claims, declarant  does not feel the plea agreement is entirely ethical

3

because of this erroneous fact.

6.      Inasmuch as declarant misadvised Ms. Barnes as to the consequences of

the plea, she was led to believe that counts 2 to 21 would be dismissed and not

considered 'relevant conduct' when she signed the plea agreement, and has been

unable to get AUSA Loo to alter the $400,000.00 plus amount, it is necessary for

declarant to withdraw as counsel and have another attorney advise her whether to

withdraw her plea as well as from the plea agreement.

7.      In view of the predicament, the declarant has been placed in, for which

declarant accepts the blame, declarant believes the interest of Ms. Barnes will be

best be served by granting this motion to withdraw.

8.      At the Court's suggestion Declarant has sought the advice of the Federal

Public Defender's Office in this matter, and is satisfied that his withdrawal is in

the client's best interest.

I declare under penalty of law that the foregoing statements are true and

correct to the best of my knowledge.


DATED: Honolulu, Hawaii, June  2, 2008.


ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES

4