# MINUTES

CASE NUMBER: CR 05-00367DAE

CASE NAME: USA v. (01) Maria D. Barnes

ATTYS FOR PLA: Jonathan Loo

ATTYS FOR DEFT: (01) Arthur E. Ross, Donna M. Gray

INTERPRETER:

JUDGE: Barry M. Kurren            REPORTER: C6F

DATE: 06/06/2008                  TIME: 1:28 - 1:29

COURT ACTION: EP: [186] Attorney Arthur E. Ross' Amended Motion to Withdraw as CJA Counsel for Defendant (01) Maria D. Barnes - deft present on bail. Motion GRANTED. AFPD Donna M, Gray appointed as counsel. Arthur Ross to prepare the order.

Submitted by Richlyn W. Young, courtroom manager