**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**MARIA BARNES**

LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 10 2008

at 9 o'clock and 05 min, W M.
SUE BEITIA, CLERK

JUN 09 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR NO. 05-00367 DAE |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION |
| ) | FOR WITHDRAWAL OF |
| vs. ) | COUNSEL AND APPOINTMENT |
| ) | OF NEW COUNSEL |
| MARIA D. BARNES, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Barry M. Kurren |
| ) | |

ORDER GRANTING MOTION FOR WITHDRAWAL OF
COUNSEL AND APPOINTMENT OF NEW COUNSEL

CJA attorney ARTHUR E. ROSS' amended motion to withdraw as counsel for Defendant MARIA D. BARNES in the above entitled case, having come on for hearing before Magistrate/Judge Barry M. Kurren on June 6, 2008, with attorney Ross present with the Defendant, and Assistant United States Attorney Susan Cushman appearing for the government and talking no position, and the Court being fully apprised in the premises and having found good cause for granting the motion enters the following order:

1

IT IS HEREBY ORDERED that attorney Arthur E. Ross' motion to withdraw as counsel for Maria D. Barnes is granted.

IT IS FURTHER ORDERED that the Office of the Federal Public Defender is appointed to represent the Defendant in all future proceedings in the above captioned case.

DATED: Honolulu, Hawaii, June 9, 2008.

_____
BARRY M. KURREN