PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY       #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      donna_gray@fd.org

Attorney for Defendant
MARIA D. BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIA D. BARNES,<br><br>　　　　Defendant. | Cr. No. 05-00367 DAE<br><br>WITHDRAWAL OF:<br>(1) DEFENDANT MARIA BARNES' SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE, FILED JANUARY 15, 2008 (DOC. 168); (2) DEFENDANT MARIA BARNES' MOTION FOR DOWNWARD DEPARTURES; REVISED SENTENCING MEMORANDUM, FILED JANUARY 17, 2008 (DOC. 169); (3) SUPPLEMENTAL FILING OF SECOND LETTER OF MARIA BARNES FOR SENTENCING, FILED JANUARY 24, 2008 (DOC. 171); CERTIFICATE OF SERVICE |

WITHDRAWAL OF: (1) DEFENDANT MARIA BARNES' SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE, FILED JANUARY 15, 2008 (DOC. 168); (2) DEFENDANT MARIA BARNES' MOTION FOR DOWNWARD DEPARTURES; REVISED SENTENCING MEMORANDUM, FILED JANUARY 17, 2008 (DOC. 169); (3) SUPPLEMENTAL FILING OF SECOND LETTER OF MARIA BARNES FOR SENTENCING, FILED JANUARY 24, 2008 (DOC. 171)

Defendant Maria Barnes, through counsel, Donna M. Gray, Assistant Federal Defender, hereby withdraws the following documents filed in this matter:

1) Defendant Maria Barnes' Sentencing Memorandum and Motion for Downward Departure, filed January 15, 2008 (Document 168) (Sealed);

2) Defendant Maria Barnes' Motion for Downward Departures; Revised Sentencing Memorandum, filed January 17, 2008 (Document 169) (Sealed);

3) Supplemental Filing of Second Letter of Maria Barnes for Sentencing, filed January 24, 2008 (Document 171) (Sealed).

DATED: Honolulu, Hawaii, July 17, 2008.

    /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
MARIA D. BARNES

# CERTIFICATE OF SERVICE

DONNA M. GRAY hereby certifies that a true and correct copy of the foregoing was duly served upon the following by the method of service noted below, on July 17, 2008:

<u>Served Electronically through CM/ECF</u>:

JONATHAN M.F. LOO
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

<u>Served by Hand Delivery</u>:

ROY T. KAWAMOTO
Senior United States Probation Officer
300 Ala Moana Boulevard, Room 2215
Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, July 17, 2008.

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
MARIA D. BARNES